1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    PATRICIA PARADA,                          Case No. 1:23-cv-00532-NODJ-CDB

12                  Plaintiff,                  ORDER ON STIPULATION CONTINUING
                                                CERTAIN CASE MANAGEMENT DATES
13          v.                                  AS MODIFIED

14    WALMART, INC.                             (Doc. 20)

15                  Defendant.

16

17          On December 20, 2022, Plaintiff Patricia Parada ("Plaintiff") filed a complaint against

18    Defendant Walmart Inc. ("Defendant") in the Superior Court of the State of California, County of

19    Kern. (Doc. 1).  Plaintiff asserts in the complaint causes of action for negligence and premises

20    liability, arising out of an incident in which Plaintiff claims to have slipped and fallen.  *Id*. at 2.

21    On April 5, 2023, Defendant removed the action to this Court.  *Id*.  On July 5, 2023, the Court

22    issued a scheduling order in this matter.  (Doc. 7).

23          Pending before the Court is the parties' stipulated request to modify the scheduling order,

24    supported by the declaration of counsel for Plaintiff.  (Doc. 20).  The parties represent that

25    additional time to complete material discovery such as Plaintiff's IME, the production of

26    Plaintiff's additional medical records and photographs, continued depositions, and expert

27    discovery.  (Doc. 20).  The parties request an extension of time for the following deadlines: expert

28    disclosures, rebuttal disclosures, fact discovery, expert discovery, and the dispositive motion

filing and hearing.[1] *Id*. at 5.

In light of the representations of Plaintiff's counsel, the Court agrees that an extension of the case management dates is warranted. However, the parties' request for a four-month extension of the aforementioned deadlines without in-kind extensions for the pretrial conference and trial dates adversely impacts the Court by shortening its time to consider and resolve motions in advance of trial. Accordingly, it is HEREBY ORDERED the following dates are amended:

| | |
|---|---|
| Expert Disclosures | May 26, 2024 |
| Rebuttal Disclosures | June 23, 2024 |
| Fact Discovery | May 12, 2024 |
| Expert Discovery | July 25, 2024 |
| Dispositive motion filing deadline | October 10, 2024 |
| Dispositive motion hearing deadline | November 15, 2024 |
| Pretrial Conference | February 18, 2025 |
| Trial | April 22, 2025 |

IT IS SO ORDERED.

Dated:   **January 11, 2024**          _____

UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties' stipulation and proposed order requests extensions of the dates for the filing and hearing of non-dispositive motions, because the existing dates memorialized by the parties reflect the current deadlines for dispositive motions (not non-dispositive motions), the Court perceives the parties' reference to non-dispositive motions was erroneous.

2